IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                      ) | |
|     Plaintiff,   ) | |
|                                      ) | |
| v.                                   ) | Case No. 08-**96-M** |
|                                      ) | |
| CONNELL KOGER,                       ) | |
|                                      ) | |
|     Defendant.   ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

        \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

        \_\_\_\_ Maximum sentence life imprisonment or death

        \_\_\_\_ 10+ year drug offense

        \_\_\_\_ Felony, with two prior convictions in above categories

        \_\_\_\_ Minor victim

        \_**X**\_ Possession/ use of firearm, destructive device or other dangerous weapon

        \_\_\_\_ Failure to register under 18 U.S.C. § 2250

        \_**X**\_ Serious risk defendant will flee

        \_\_\_\_ Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        \_**X**\_ Defendant's appearance as required

        \_**X**\_ Safety of any other person and the community

FILED

JUN 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

  ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

  ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

  ___ At first appearance

  _X_ After a continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

  1. At the time the offense was committed, the defendant was:

    ___ (a) on release pending trial for a felony;

    ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    ___ (c) on probation or parole for an offense.

  ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ___ 3. The defendant may flee or pose a danger to any other person or the community.

United States Attorney

BY: _____
Geoffrey Gruner
Special Assistant United States Attorney