

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**CONNELL KOGER**

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-96M**

I, **CONNELL KOGER**, charged in a complaint pending in this District with **BEING A FELON IN POSSESSION OF A FIREARM**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
Defendant

_____
Counsel for Defendant

June 4, 2008



FILED
JUN 4 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE