IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 08-96m |
| ) | |
| CONNELL KOGER, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR STAY PENDING APPEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, respectfully moves that the Court stay the Order of release in the above case, pending the resolution of an appeal to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Robert J. Prettyman_
Robert J. Prettyman
Assistant United States Attorney

Dated: June 4, 2008

IT IS SO ORDERED this __4th__ day of June, 2008, that the Government's Motion is DENIED.

_____
United States District Court Judge
District of Delaware

FILED
JUN 4 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE