REDACTED COPY



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 93 |
| ) | |
| CONNELL KOGER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about June 1, 2008, in the State and District of Delaware, Connell Koger, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a RG Industries, Model RG14, .22 caliber revolver, bearing serial number L646293, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. an RG Industries, Model RG14, .22 caliber revolver, bearing serial number L646293 and

2. 6 rounds of ammunition.

A TRUE BILL

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Geoffrey G. Grivner
Special Assistant United States Attorney

Dated: June 24, 2008