UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 08-93-JJF |
| CONNELL KOGER, | ) ) ) |
| Defendant. | ) |

**O R D E R**

This **3ʳᴰ** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JULY 17, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney