AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA<br>V.<br><br>**CONNELL KOGER** | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: **CR. ACTION 08-93-UNA** |
|---|---|

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, DE 19801 | Proceeding: *Arraignment* | Room<br>Magistrate Courtroom #2A, 2nd Flr. |
|---|---|---|
| Before: **HONORABLE LEONARD P. STARK, U.S. MAGISTRATE JUDGE** | | Date and Time<br>**July 3, 2008 at 1:00 pm** |

To answer a(n)

X  Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) __922(g)(1) & 924(a)(2)__

Brief description of offense:

**FELON IN POSSESSION OF A FIREARM;**

FILED
2008 JUL -9 AM 10:12
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Issuing Officer

June 25, 2008
Date

**PETER T. DALLEO, CLERK OF COURT**
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

|RETURN OF SERVICE|
|---|

| Service was made by me | Date |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Cert. mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ___7-8-08___        ___D W Thomas___
         Date                Name of United States Marshal

                             _____
                             (by) Deputy United States Marshal

Remarks:

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JUL -9 AM 10: 12

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.